# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL SCOTT ODEN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00558-KJD-PAL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PUBLIC DEFENDER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed May 11, 2011, this Court denied plaintiff's motion for leave to proceed *in forma pauperis*. (ECF No. 7). Plaintiff was directed to pay the full filing fee of $350 filing fee within thirty days of the issuance of the Court's order. (*Id.*). Plaintiff was cautioned that failure to obey the Court's order would result in dismissal of this action. (*Id.*).

Plaintiff has not submitted the filing fee or in any way responded to this Court's order. More than the allotted time has elapsed and plaintiff has not complied with the Court's order. Therefore, plaintiff's action shall be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Clerk shall **FILE** plaintiff's complaint (received April 13, 2011).

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**

for plaintiff's failure to obey this Court's order of May 11, 2011.  The Clerk shall **ENTER JUDGMENT** accordingly.

DATED:  June 14, 2011

_____
UNITED STATES DISTRICT JUDGE